BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT E. GONZALEZ, aka "BOBBY G",<br><br>　　　　Defendant. | 2:12-CR-00393-KJM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about August 14, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Robert E. Gonzalez forfeiting to the United States the following property:

　　　　a.　　$1,200.00 in lieu of the 2004 Nissan Armada, VIN: 5N1AA08B74N723937, License Number: 5KXS948.

AND WHEREAS, the United States received a cashier's check in the amount of $1,200.00 on July 9, 2014, and the U.S. Marshals Service returned the 2004 Nissan Armada to Sonya Gonzalez on July 16, 2014.

AND WHEREAS, beginning on August 21, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

/////

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Robert E. Gonzalez. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE